UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-00720-HDV-SK | Date | February 17, 2026 |
|---|---|---|---|

| Title | *Ibrahim Adi Putra Mohd Yusof v. Kristo Noem, et al.* |
|---|---|

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) ORDER GRANTING IN PART APPLICATION FOR TEMPORARY RESTRAINING ORDER [5] AND SETTING BRIEFING SCHEDULE RE PRELIMINARY INJUNCTION**

Petitioner Ibrahim Adi Putra Mohd Yusof filed a Petition for Writ of Habeas Corpus on February 16, 2026 ("Petition"). [Dkt. 1]. On February 17, 2026, Petitioner filed an *Ex Parte* Application for Temporary Restraining Order to release Petitioner from detention under the terms of his 2012 order of supervision, and enjoin Respondents from removing Petitioner to a third country absent notice and an opportunity for him to apply for asylum, withholding of removal, and protection under the Convention Against Torture ("TRO Application"). [Dkt. 5].

Upon initial review, the Court finds that the TRO Application presents at least some of the same issues as in this Court's order in *Quan v. Bowen*, No. 5:25-cv-02546-HDV-PVC (C.D. Cal. Nov. 14, 2025) [Dkt. 14] and raises serious questions as to Respondents' compliance with 8 U.S.C. § 1231 and 8 C.F.R. § 241.13(i) in detaining Petitioner. The Court applies the *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 5, 20 (2008) factors and finds that Petitioner has shown both a probability of success on the merits and numerous forms of irreparable harm, and on that basis concludes that emergency relief is needed to maintain the status quo.

The Court thus grants in part the TRO Application. Respondents are ***enjoined from transferring, relocating, or removing*** Petitioner outside of the Central District of California (including, but not limited to, transferring Petitioner to an ICE facility outside of the Central District or removing Petitioner from the United States) pending further order of the Court.

The Court sets the matter for **hearing on March 5, 2026 at 1:30 p.m.** as to whether a preliminary injunction should issue.  The TRO Application will be considered the opening brief on that issue.  Respondents' opposition is due by February 24, 2026, and Petitioner's reply is due by February 27, 2026.  The parties' briefs should address the ways in which this case is similar to or distinguishable from the Court's analysis in *Quan*.  The parties are permitted to submit additional declarations or other evidence as necessary.

**IT IS SO ORDERED.**